# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

NEDRA WILLIAMS,          §
Plaintiff                §
                              §      CIVIL ACTION NO. 10-CV-00947-D
vs.                    §
                              §
NORTHSTAR LOCATION     §
SERVICES, LLC          §
Defendant           §

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Pl aintiff has  filed with the Clerk of   the District Co urt,  Northern  District of   Texas, Dallas   Division,  Plaintiff's Notice o  f Settlement. Plaintif f  hereby resp ectfully req uests  that th is Cour t a llow sixt y ( 60) da ys within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted,

By: /s/ Dennis R. Kurz
Dennis R. Kurz
Texas State Bar # 24068183
Attorney in Charge for Plaintiff

WEISBERG & MEYERS, L.L.C.
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)

## <u>CERTIFICATE  OF SERVICE</u>

I certify that on June 18th , 2010, I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the court.


<u>/s/ Dennis R. Kurz</u>
Dennis R. Kurz